**UNITED STATES of America, Appellee**

v.

**Bryant ROACH, Appellant.**

No. 12–3414.

United States Court of Appeals,
Eighth Circuit.

Submitted: May 13, 2013.

Filed: May 24, 2013.

Michael P. Norris, Assistant U.S. Attorney, U.S. Attorney's Office, Omaha, NE, for Appellee.

Jennifer L. Gilg, Richard Haile McWilliams, Assistant, Federal Public Defender,

souri.

Federal Public Defender's Office, Omaha, NE, for Appellant.

Bryant Roach, Petersburg, VA, pro se.

Before SHEPHERD, ARNOLD, and MELLOY, Circuit Judges.

PER CURIAM.

Bryant Roach, who pleaded guilty to failing to register as a sex offender under the Sex Offender Registration and Notification Act, *see* 18 U.S.C. § 2250(a), appeals from the district court's[1] order rejecting his argument that the Act unconstitutionally delegated to the Attorney General the decision of whether the Act applies retroactively. Mr. Roach's argument, however, is foreclosed by our recent decision in *United States v. Kuehl*, 706 F.3d 917, 920 (8th Cir.2013). *See* 8th Cir. R. 47B.

Affirmed.

[1]. The Honorable Laurie Smith Camp, Chief United States District Judge for the District of Nebraska.